# ELECTRONIC RECORD

COA # 12-14-00335-CR          OFFENSE: 3

STYLE: Donnie Dale Carr v. The State of Texas          COUNTY: Smith

COA DISPOSITION:     AFFIRMED          TRIAL COURT: 7th District Court

DATE: 6/30/2015          Publish: NO   TC CASE #:     007-0863-14

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Donnie Dale Carr v. The State of Texas          CCA #: 930-15

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____Refused_____          JUDGE: _____

DATE: Nov 25, 2015          SIGNED: _____     PC: _____

JUDGE: PC          PUBLISH: _____     DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**